Jeffrey S. Pope (Wyo. State Bar #7-4859)
Sam C. Kidd (Wyo. State Bar #8-6879)
HOLLAND & HART LLP
2020 Carey Avenue, Suite 800
P.O. Box 1347
Cheyenne, WY 82003-1347
Telephone: 307.778.4200
Fax: 307.778.8175
jspope@hollandhart.com
sckidd@hollandhart.com

Sarah J. Ring (Texas Bar No. 54056213) (*pro hac vice* forthcoming)
Elliott J. Deese (Texas Bar No. 24121423) (*pro hac vice* forthcoming)
PORTER HEDGES LLP
1000 Main Street, 36th Floor
Houston, Texas 77002
T: (713) 226-6654
F: (713) 226-6254
sring@porterhedges.com
edeese@porterhedges.com

ATTORNEYS FOR PLAINTIFF

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| ARCHER (UK) LIMITED, | |
|---|---|
| Plaintiff. | |
| vs. | Civil Action No.  1:23-cv-00186 |
| ARCHER DRILLING LLC, | |
| Defendant. | |

## PRAECIPE FOR SUMMONS

**To the Clerk of Court:**

Please issue a summons for the following parties in the above referenced matter:

> Archer Drilling LLC
> c/o Gene Purdy (Wyoming Registered Agent)
> 1100 Harrison Drive
> P.O. Box 94
> Pine Bluffs, WY  82082

DATED: October 6, 2023

*/s/ Jeffrey S. Pope*
Jeffrey S. Pope (Wyo. State Bar # 7-4859)
Sam C. Kidd (Wyo. State Bar # 8-6879)
HOLLAND & HART LLP
2020 Carey Avenue, Suite 800
P.O. Box 1347
Cheyenne, WY 82003-1347
Telephone: 307.778.4200
JSPope@hollandhart.com
SCKidd@hollandhart.com

Sarah J. Ring (Texas Bar No. 54056213) (*pro hac vice* forthcoming)
Elliott J. Deese (Texas Bar No. 24121423) (*pro hac vice* forthcoming)
PORTER HEDGES LLP
1000 Main Street, 36th Floor
Houston, Texas 77002
T: (713) 226-6654
F: (713) 226-6254
sring@porterhedges.com
edeese@porterhedges.com

ATTORNEYS FOR PLAINTIFF
ARCHER (UK) LIMITED

30665254_v1

2